UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

Al Deaton,

        Plaintiff,

v.

BioMatrix, Inc.,

        Defendant.

ORDER OF DISMISSAL

Case No. 09-cv-452-slc

---

In light of the equivocal nature of the stipulation filed by the parties (dkt # 76) I retract my previous text order of August 12, 2010 (dkt #77) and replace it with the following:

The court having been advised by counsel for the parties that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

The parties may, but need not, file additional settlement documentation.

Entered this 13TH day of August, 2010.

Stephen L. Crocker
United States Magistrate Judge